FILED

11/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0626

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0626

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

JAMES WILLIAM WALKER,

Defendant and Appellant.

FILED

NOV 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

James William Walker moves this Court for appointment of counsel. He states that this is a "step in the criminal case" pursuant to a 1954 decision from the United States Supreme Court. Walker provides that he filed a "Motion in the Nature of Writ of Error Coram Nobis Including Brief" in the Gallatin County District Court. He states that he appeals the court's denial on October 25, 2022, but he does not provide a copy.

We secured a copy of the court's register of actions. The District Court sentenced Walker on July 20, 2017. The court's order, issued on October 25, 2022, dismissed his request for postconviction relief.

Walker is not entitled to appointment of counsel. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Walker represented himself in his proceeding before the District Court. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA.

Therefore,

IT IS ORDERED that Walker's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to James William Walker along with a copy of this Court's Appellate Handbook.

DATED this 9th day of November, 2022.

For the Court,

By _____
Chief Justice